IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

KRISTEN MENDEZ ,                                    *

               Plaintiff,                    *

v.                                                  Case No.  5:26-CV-185 (MTT)
                                          *

 JACK STOLLER, et al,                              *

               Defendants.                    *

_____             *

## J U D G M E N T

Pursuant to this Court's Order dated May 18, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 19th day of May, 2026.

                           David W. Bunt, Clerk


                           s/ Raven K. Alston, Deputy Clerk